# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT McKENNEY,**             ) | |
|                                                         ) | |
|                   **PLAINTIFF**    ) | |
|                                                         ) | |
| **v.**                                                ) | **CIVIL NO. 2:17-CV-140-DBH** |
|                                                         ) | |
| **KEVIN JOYCE, ET AL.,**            ) | |
|                                                         ) | |
|                   **DEFENDANT**  ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 29, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Amended Recommended Decision Based on Plaintiff's Failure to Prosecute. The time within which to file objections expired on July 13, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**DATED THIS 26TH DAY OF JULY, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**